# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:19-cr-73 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| KEITH JAI WHITE | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

## ORDER

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that the Court: (1) accept Defendant's plea of guilty to Count One and Count Two of the two-count Superseding Bill of Information; (2) adjudicate the Defendant guilty of the charges set forth in Count One and Count Two of the Superseding Bill of Information; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter (Doc. 22). Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 22) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One and Count Two of the Superseding Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Two of the Superseding Bill of Information;

3. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** in custody pending sentencing in this matter which is scheduled to take place on **December 13, 2019 at 9:00 a.m.** before the undersigned.

**SO ORDERED.**

                                                            */s/Travis R. McDonough*
                                                            **TRAVIS R. MCDONOUGH**
                                                            **UNITED STATES DISTRICT JUDGE**